**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) ) ) | 8:14CR311 |
| vs. | ) ) ) | ORDER |
| **JOSE SOLORZANO-FARIAS,** | ) ) | |
| Defendant. | ) | |

This matter is before the court on the motion to suppress by defendant Jose Solorzano-Farias (Solorzano-Farias) (Filing No. 29 - Part 1). Solorzano-Farias also seeks to delay the filing of his brief in support of his motion to suppress (Filing No. 29 - Part 2).

The request to delay the filing of his brief is granted. Solorzano-Farias' motion to suppress will be held in abeyance pending the filing of a brief in support of his motion. The brief in support of the motion shall be filed on or before January 16, 2015. Thereupon, an evidentiary hearing will be scheduled on the motion to suppress.

**IT IS SO ORDERED.**

DATED this 11th day of December, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge